TRAINOR FAIRBROOK
JOHN D. FAIRBROOK (SBN 105115)
ARTHUR B. MARK, III (SBN 220865)
980 Fulton Avenue
Sacramento, California 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111
wms:4371002.513701.1

Attorneys for Plaintiff
WRI GOLDEN STATE, LLC

DANIEL J. MULLER (SBN 193396)
KARIN M. FRENZA (SBN 244606)
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, 12th Floor
San Jose, California 95113
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WRI GOLDEN STATE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAVE MART SUPERMARKETS, d/b/a FOOD MAXX,<br><br>Defendant. | Case No. C07-1480 (MMC)<br><br>**STIPULATION EXTENDING THE TIME FOR PLAINTIFF TO FILE A REPLY TO DEFENDANT'S COUNTER-CLAIM FOR DECLARATORY RELIEF**<br><br>[PROPOSED] ORDER EXTENDING TIME<br><br>Judge Maxine M. Chesney |

**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR PLAINTIFF TO FILE A REPLY TO DEFENDANT'S COUNTER CLAIM FOR DECLARATORY RELIEF**

1  Pursuant to Civil L.R. 6-2, the parties hereby stipulate that Plaintiff may have an
2  extension of time to September 7, 2007 to file its response to Defendant's Counterclaim for
3  Declaratory Relief. As stated in the Declaration of John Fairbrook filed herewith, the reasons for
4  the extension of time is that Plaintiff's counsel requires additional time to respond due to an
5  oversight, and Defendants' counsel has agreed to the extension.

6  Since the court issued its Pretrial Preparation Order on June 22, 2007, there have been no
7  time modifications either by Stipulation or Court Order in this case. (See Fairbrook Dec. at ¶ 5.)

8  Extending the time for Plaintiff to file its response to Defendant's Counterclaim will not
9  affect the schedule that is set forth in the Court's Pretrial Preparation Order. (See Fairbrook Dec.
10 at ¶ 5.) Accordingly, there will be no prejudice to the court or to Defendant by this extension of
11 time.

13 Dated: August 22, 2007

Respectfully submitted,

TRAINOR FAIRBROOK

16 By: _____
JOHN D. FAIRBROOK, Attorneys for
WRI GOLDEN STATE, LLC, Plaintiff/
Counter-Defendant

20 Dated: August 27, 2007

Respectfully submitted,

THELEN REID BROWN RAYSMAN &
STEINER LLP

23 By: _____
KARIN M. FRENZA, Attorneys for
Defendant/Counter-Claimant, SAVE
MART SUPERMARKETS

28 STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR                              -1-
   PLAINTIFF TO FILE A REPLY TO DEFENDANT'S COUNTER CLAIM FOR
   DECLARATORY RELIEF

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

## ORDER EXTENDING THE TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S COUNTERCLAIM

**IT IS HEREBY ORDERED** that the Court has considered the foregoing Stipulation, and pursuant to the Stipulation IT IS ORDERED that Plaintiff shall have until September 7, 2007 to file and serve its response to Defendant's Counterclaim for Declaratory Relief.

Dated: August 29, 2007

*(signature)*
HONORABLE MAXINE M. CHESEY
UNITED STATES DISTRICT JUDGE

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR PLAINTIFF TO FILE A REPLY TO DEFENDANT'S COUNTER CLAIM FOR DECLARATORY RELIEF

-2-