IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRI GOLDEN STATE, LLC, | No. C 07-1480 MMC |
| Plaintiff | **ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |
| v. | |
| SAVE MART SUPERMARKETS, d/b/a FOOD MAXX, | |
| Defendant / | |

Pursuant to Civil Local Rule 72-1, defendant/counter-claimant Save Mart Supermarkets' Motion for Protective Order, filed November 9, 2007, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

The December 14, 2007 hearing noticed before the undersigned is VACATED.

**IT IS SO ORDERED**.

Dated: November 14, 2007

_____
MAXINE M. CHESNEY
United States District Judge