1  TRAINOR FAIRBROOK
   JOHN D. FAIRBROOK (SBN 105115)
2  ARTHUR B. MARK III (SBN 220865)
   980 Fulton Avenue
3  Sacramento, California 95825-4558
   Telephone: (916) 929-7000
4  Facsimile: (916) 929-7111
   wms:4371002.546970.1
5
   Attorneys for Plaintiff
6  WRI GOLDEN STATE, LLC

7  THELEN REID BROWN RAYSMAN & STEINER
   LLP
8  Gregory P. O'Hara, (SBN 131963)
   Daniel J. Muller, (SBN 193396)
9  225 West Santa Clara Street, 12th Floor
   San Jose, California 95113
10 Telephone: (408) 292-5800
   Facsimile: (408) 287-8040
11
   Attorneys for Defendant/Cross-Complainant
12 SAVE MART SUPERMARKETS, d/b/a FOOD
   MAXX

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WRI GOLDEN STATE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAVE MART SUPERMARKETS, d/b/a FOOD MAXX,<br><br>Defendant. | Case No. C07-1480 (MMC)<br><br>**STIPULATED BRIEFING SCHEDULE RE DEFENDANTS' MOTION FOR PROTECTIVE ORDER FILED ON NOVEMBER 9, 2007 AND [~~PROPOSED~~] ORDER** |

## STIPULATION

1. Pursuant to the Court's direction to the parties, we hereby submit the following briefing schedule related to the attorney-client privilege issue as presented in Defendants' Motion for Protective Order filed on November 9, 2007 (Doc. No. 19.) The briefing shall be limited to the attorney-client privilege issue only.

2. The Plaintiff will have up to and including January 31, 2008 to file its opposition to Defendants' Motion for Protective Order.

3. Defendant's reply, if any shall be filed by February 11, 2008.

Dated: January 18, 2008

Respectfully submitted,

TRAINOR FAIRBROOK

By: _____
ARTHUR B. MARK III
Attorneys for Plaintiff/Counter-Defendant
WRI GOLDEN STATE, LLC

Dated: January 18, 2008

Respectfully submitted,

THELEN REID BROWN RAYSMAN &
STEINER LLP

By: /s/Daniel J. Muller
DANIEL J. MULLER
Attorneys for Defendant/Counter-Claimant
SAVE MART SUPERMARKETS, d/b/a
FOOD MAXX

## ORDER

The briefing schedule on Defendant's Motion for Protective Order (Doc. No. 19.) is entered in accordance with the parties' Stipulation.

**IT IS SO ORDERED**:

Dated: January 23 2008

_____
HONORABLE JOSEPH C. SPERO

STIPULATED BRIEFING SCHEDULE RE DEFENDANTS' MOTION FOR PROTECTIVE ORDER FILED ON NOVEMBER 9, 2007 AND [~~PROPOSED~~] ORDER

-1-