1  GREGORY P. O'HARA, CA BAR NO. 131963
   gpohara@thelen.com
2  DANIEL J. MULLER, CA BAR NO. 193396
   dmuller@thelen.com
3  KARIN M. FRENZA, CA BAR NO. 244606
4  kfrenza@thelen.com
   TOMOMI HARKEY, CA BAR NO. 244886
5  tharkey@thelen.com
   THELEN REID BROWN RAYSMAN & STEINER LLP
6  225 West Santa Clara Street, 12th Floor
7  San Jose, CA  95113
   Telephone:  (408) 292-5800
8  Facsimile:  (408) 287-8040

9  Attorneys for Defendant and Counter-Claimant
10 SAVE MART SUPERMARKETS

11 JOHN D. FAIRBROOK, CA BAR NO. 105115
   ARTHUR B. MARK III, CA BAR NO. 220865
12 TRAINOR FAIRBROOK
   980 Fulton Avenue
13 Sacramento, California 95825
   Telephone (916) 929-7000
14 Facsimile: (916) 929-7111

15
   Attorneys for Plaintiff and Counter-Defendant
16 WRI GOLDEN STATE, LLC

17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19                  **SAN FRANCISCO DIVISION**

20

| | |
|---|---|
| WRI GOLDEN STATE, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAVE MART SUPERMARKETS, d/b/a FOOD MAXX,<br><br>    Defendant. | Case No.: C07-1480 (MMC)<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING EXPERT DISCOVERY** |

SV #328886 v1                           -1-

Plaintiff and Counter-Defendant WRI GOLDEN STATE, LLC, a Delaware Limited Liability Company (hereinafter "WRI") and Defendant and Counter-Claimant SAVE MART SUPERMARKETS, d/b/a FOOD MAXX (hereinafter "SAVE MART") by and through their respective attorneys of record (collectively the "Parties") respectfully submit the following stipulation for the Court's consideration.

## STIPULATION

WHEREAS on June 22, 2007 the Court entered a Pretrial Preparation Order (Docket No. 11) containing, in part, the deadlines for the designation of experts, expert discovery cutoff and dispostive motions;

WHEREAS the parties wish to continue certain deadlines for a matter of seven (7) days to permit additional time to complete discovery;

WHEREAS such continuance will not effect the Court Trial date of June 30, 2008, or any other pretrial deadline set by the Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to the Court's approval, the June 22, 2007 Pretrial Preparation Order should be modified as follows:

DESIGNATION OF EXPERTS:

    Plaintiff/Defendant: No later than February 15, 2008

    Plaintiff/Defendant: Rebuttal no later than February 29, 2008

EXPERT DISCOVERY CUTOFF: March 21, 2008


Dated: February 4, 2008      THELEN REID BROWN RAYSMAN & STEINER LLP

    By: /s/ _____
        Gregory P. O'Hara
        Daniel J. Muller
        Karin M. Frenza
        Tomomi Harkey
        Attorneys for Defendant and Counter-Claimant
        SAVE MART SUPERMARKETS

| | | |
|---|---|---|
| 1 | Dated: February 4, 2008 | TRAINOR FAIRBROOK |
| 2 | | |
| 3 | | By: _____ |
| 4 | | John D. Fairbrook<br>Arthur B. Mark III |
| 5 | | Attorneys for Plaintiff and Counter-Defendant |
| 6 | | WRI GOLDEN STATE, LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 6, 2008

_____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge