TRAINOR FAIRBROOK
JOHN D. FAIRBROOK (SBN 105115)
ARTHUR B. MARK, III (SBN 220865)
980 Fulton Avenue
Sacramento, California 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

Attorneys for Plaintiff/Counter-Defendant
WRI GOLDEN STATE, LLC

THELEN REID BROWN RAYSMAN & STEINER LLP
Gregory P. O'Hara, (SBN 131963)
Daniel J. Muller, (SBN 193396)
225 West Santa Clara Street, 12th Floor
San Jose, California 95113
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Attorneys for Defendant/Cross-Complainant
SAVE MART SUPERMARKETS, d/b/a FOOD MAXX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WRI GOLDEN STATE, LLC, a Delaware limited liability company,

Plaintiff,

v.

SAVE MART SUPERMARKETS, d/b/a FOOD MAXX,

Defendant.

SAVE MART SUPERMARKETS d/b/a FOOD MAXX,

Counterclaimant,

v.

WRI GOLDEN STATE, LLC, a Delaware limited liability company, Counter-Defendant.

Case No. C07-1480 (MMC)

**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING HEARING DATE FOR SAVE MART'S MOTION FOR PROTECTIVE ORDER**

Judge Joseph C. Spero

**STIPULATION**

WHEREAS, on March 3, 2007, the Court issued an order [Docket No. 39] setting the hearing for Save Mart's Motion For Protective Order [Docket No. 19] on March 7, 2007;

WHEREAS, counsel for Save Mart has a conflict on March 7, 2007;

WHEREAS, counsel for Save Mart and counsel for WRI Golden State LLC have met and conferred and agreed to request that the hearing be re-scheduled for March 14, 2007 at 1:30 p.m.

Dated: March 5, 2008

Respectfully submitted,

TRAINOR FAIRBROOK

By: */s/ John D. Fairbrook*
JOHN D. FAIRBROOK
Attorneys for Plaintiff/Counter-Defendant
WRI GOLDEN STATE, LLC

Dated: March 5, 2008

Respectfully submitted,

THELEN REID BROWN RAYSMAN & STEINER LLP

By: */s/ Daniel J. Muller*
GREGORY P. O'HARA
DANIEL J. MULLER
Attorneys for Defendant/Counter-Claimant
SAVE MART SUPERMARKETS, d/b/a
FOOD MAXX

**IT IS SO ORDERED**:

Dated: March 6, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Joseph C. Spero