TRAINOR FAIRBROOK
JOHN D. FAIRBROOK (SBN 105115)
ARTHUR B. MARK III (SBN 220865)
980 Fulton Avenue
Sacramento, California 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111
wms:4371002.546970.1

Attorneys for Plaintiff
WRI GOLDEN STATE, LLC

THELEN REID BROWN RAYSMAN & STEINER LLP
Gregory P. O'Hara, (SBN 131963)
Daniel J. Muller, (SBN 193396)
Karin Frenza (SBN 244606)
225 West Santa Clara Street, 12th Floor
San Jose, California 95113
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Attorneys for Defendant/Cross-Complainant
SAVE MART SUPERMARKETS, d/b/a FOOD MAXX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WRI GOLDEN STATE, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>SAVE MART SUPERMARKETS, d/b/a FOOD MAXX,<br><br>    Defendant. | Case No. C07-1480 (MMC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE EXPERT DISCOVERY**<br><br>Honorable Maxine M. Chesney |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE EXPERT DISCOVERY**

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 29(b), the parties stipulate that the expert discovery cutoff date of March 21, 2008 be extended until April 25, 2008 in order to accommodate the schedules of the attorneys and expert witnesses.

Dated: March 14, 2008                     Respectfully submitted,

                                          TRAINOR FAIRBROOK

                                          By:   /s/ARTHUR B. MARK
                                                ARTHUR B. MARK III
                                                Attorneys for Plaintiff/Counter-Defendant
                                                WRI GOLDEN STATE, LLC

Dated: March 14, 2008                     Respectfully submitted,

                                          THELEN REID BROWN RAYSMAN &
                                          STEINER LLP

                                          By:   /s/KARIN FRENZA
                                                KARIN FRENZA
                                                Attorneys for Defendant/Counter-Claimant
                                                SAVE MART SUPERMARKETS, d/b/a
                                                FOOD MAXX

## ORDER

In accordance with the above Stipulation of the parties, the time for the parties to complete expert discovery is extended up to and including April 25, 2008. Such continuance, however, will not constitute good cause to continue any other remaining deadline or date, including the trial date.

**IT IS SO ORDERED:**

Dated: March 17, 2008

_____
HONORABLE MAXINE M. CHESNEY