1  GREGORY P. O'HARA, CA BAR NO. 131963
   gpohara@thelen.com
2  DANIEL J. MULLER, CA BAR NO. 193396
   dmuller@thelen.com
3  KARIN M. FRENZA, CA BAR NO. 244606
   kfrenza@thelen.com
4  TOMOMI HARKEY, CA BAR NO. 244886
   tharkey@thelen.com
5  THELEN REID BROWN RAYSMAN & STEINER LLP
6  225 West Santa Clara Street, 12th Floor
   San Jose, CA  95113
7  Telephone:  (408) 292-5800
   Facsimile:  (408) 287-8040
8

9  Attorneys for Defendant and Counter-Claimant
   SAVE MART SUPERMARKETS
10

11 JOHN D. FAIRBROOK, CA BAR NO. 105115
   ARTHUR B. MARK III, CA BAR NO. 220865
12 TRAINOR FAIRBROOK
   980 Fulton Avenue
13 Sacramento, California 95825
   Telephone (916) 929-7000
14 Facsimile: (916) 929-7111

15
   Attorneys for Plaintiff and Counter-Defendant
16 WRI GOLDEN STATE, LLC

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20

21 | WRI GOLDEN STATE, LLC, a Delaware limited liability company,   | Case No.: C07-1480 (MMC)
22 |
23 |        Plaintiff,                                               | **STIPULATION AND [PROPOSED] ORDER FOR ALL COUNSEL TO APPEAR TELEPHONICALLY AT MARCH 28, 2008 FURTHER CASE MANAGEMENT CONFERENCE**
24 |    vs.
25 | SAVE MART SUPERMARKETS, d/b/a FOOD MAXX,
26 |
27 |        Defendant.

28  SV #336019 v1                              -1-

1  Plaintiff and Counter-Defendant WRI GOLDEN STATE, LLC, a Delaware Limited
2  Liability Company (hereinafter "WRI") and Defendant and Counter-Claimant SAVE MART
3  SUPERMARKETS, d/b/a FOOD MAXX (hereinafter "SAVE MART") by and through their
4  respective attorneys of record (collectively the "Parties") respectfully submit the following
5  stipulation for the Court's consideration.

### STIPULATION

7  WHEREAS a further Case Management Conference is scheduled for March 28, 2008 at
8  10:30 a.m.;
9  WHEREAS due to a planned trip out of the area, counsel for Save Mart wishes to appear
10 telephonically in lieu of personal appearance;
11 WHEREAS counsel for WRI has agreed to appear telephonically to accommodate counsel
12 for Save Mart's request.
13 THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to the Court's
14 approval, all parties will appear telephonically during the March 28, 2008 further Case
15 Management Conference.

17 Dated: March 19, 2008          THELEN REID BROWN RAYSMAN & STEINER LLP

18                                By: /s/
                                   Daniel J. Muller

20                                Attorney for Defendant and Counter-Claimant
                                   SAVE MART SUPERMARKETS

22 Dated: March 19, 2008          TRAINOR FAIRBROOK

24                                By: /s/
                                   John D. Fairbrook
25                                 Arthur B. Mark III

26                                Attorneys for Plaintiff and Counter-Defendant
                                   WRI GOLDEN STATE, LLC

SV #336019 v1                      -2-

STIPULATION AND [PROPOSED] ORDER FOR ALL COUNSEL TO APPEAR TELEPHONICALLY AT
MARCH 28, 2008 FURTHER CASE MANAGEMENT CONFERENCE
Case No. C07-1480 (MMC)

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated:   March 25, 2008

*[signature]*
HONORABLE MAXINE M. CHESNEY
United States District Court Judge