IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRI GOLDEN STATE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SAVE MART SUPERMARKETS,<br><br>    Defendant / | No. C-07-1480 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

    On June 3, 2008, plaintiff electronically filed its Motion in Limine to Exclude the Testimony of Scott Mayo, as well as the parties' Joint Pretrial Conference Statement. Plaintiff has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

    Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Plaintiff is hereby advised that if it fails in the future to comply with the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court

may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: June 6, 2008

MAXINE M. CHESNEY
United States District Judge