IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRI GOLDEN STATE, LLC, | No. C-07-1480 MMC |
| Plaintiff, | **ORDER REFERRING CASE FOR FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| SAVE MART SUPERMARKETS, | |
| Defendant / | |

On June 3, 2008, the parties filed a Pre-Trial Conference Statement, in which the parties report they have "continued to explore settlement without success." (See Joint Statement, filed June 3, 2008.)

As the parties' settlement conference was conducted on May 8, 2008, approximately a week prior to the Court's issuance of its order denying Save Mart Supermarkets' motion for partial summary judgment, the above-titled action is hereby REFERRED to Magistrate Judge Bernard Zimmerman for the purpose of conducting a further settlement conference.

**IT IS SO ORDERED.**

Dated: June 6, 2008

MAXINE M. CHESNEY
United States District Judge