UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRI GOLDEN STATE, LLC,<br><br>  Plaintiff(s),<br><br>  v.<br><br>SAVE MART SUPERMARKETS dba FOOD MAXX,<br><br>  Defendant(s). | No. C07-1480 MMC (BZ)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

The above matter was referred to Magistrate Judge Bernard Zimmerman for a further settlement conference.

You are hereby notified that a settlement conference is scheduled for **Friday, July 18, 2008 at 9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Supplemental settlement conference statements are due seven (7) days prior to the settlement conference addressing what the position the parties are presently at regarding

1

1  settlement of this case.  The previous settlement conference
2  order otherwise remains in full force and effect.
3  Dated: June 9, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

2