IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRI GOLDEN STATE, LLC, | No. C-07-1480 MMC |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| SAVE MART SUPERMARKETS, | |
| Defendant / | |

Before the Court is plaintiff WRI Golden State, LLC's ("WRI") "Memorandum of Points and Authorities in Support of its Second Affirmative Defense - Non-Joinder of Indispensable Party," filed June 20, 2008, by which filing WRI seeks, inter alia, a determination that Wal-Mart is a necessary party to defendant Save Mart Supermarkets' ("Save Mart") Counterclaim. See Fed. R. Civ. P. 19. Save Mart's response is due June 27, 2008.

Because this Court has a "financial interest" in Wal-Mart as defined in the Code of Conduct for United States Judges, the above-described issue is hereby REFERRED to the Honorable William W Schwarzer for determination.

Unless the parties are otherwise advised, the hearing on the matter remains on June 30, 2008, as initially scheduled, but will be conducted in Courtroom 14, 450 Golden Gate Avenue, 18th Floor.

**IT IS SO ORDERED.**

Dated: June 24, 2008

MAXINE M. CHESNEY
United States District Judge