IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRI GOLDEN STATE, LLC, | No. C-07-1480 MMC |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| SAVE MART SUPERMARKETS, | |
| Defendant / | |

It is HEREBY ORDERED that the above-titled action is hereby referred to the Honorable William W Schwarzer, Senior U.S. District Judge, for purposes of conducting a bench trial.

The parties are directed to appear for trial on June 30, 2008, at 9:30 a.m., in Courtroom 14, 450 Golden Gate Avenue, 18th Floor.

**IT IS SO ORDERED.**

Dated: June 25, 2008

MAXINE M. CHESNEY
United States District Judge