TRAINOR FAIRBROOK
JOHN D. FAIRBROOK (SBN 105115)
980 Fulton Avenue
Sacramento, California 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111
vmb:4371002.578614.1

Attorneys for Plaintiff/Counter-Defendant
WRI GOLDEN STATE, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WRI GOLDEN STATE, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAVE MART SUPERMARKETS, d/b/a FOOD MAXX,<br><br>　　　　　Defendant. | Case No. C07-1480 (MMC)<br><br>[PROPOSED] ORDER RE ELECTRONICS IN THE COURTROOM<br><br>Date:　　June 30, 2008<br>Time:　　9:00 a.m.<br>Courtroom: 14<br>Judge:　　Honorable William W Schwarzer |
| SAVE MART SUPERMARKETS, d/b/a FOOD MAXX,<br><br>　　　　　Counter-Claimant,<br><br>v.<br><br>WRI GOLDEN STATE, LLC, a Delaware limited liability company,<br><br>　　　　　Counter-Defendant. | |

1  The trial in the above-referenced matter is scheduled to commence on June 30, 2008 in
2  Courtroom 14, 18th Floor, of the U.S. District Court, Northern District, located at 450 Golden
3  Gate Avenue, San Francisco, California. Ms. Vicky Bell and Mr. Will Price will be supporting
4  attorney John D. Fairbrook in order to assist in the presentation of evidence electronically. It is
5  hereby requested that Vicky Bell and Will Price be granted permission to enter the courtroom
6  during trial with laptop computers, monitors, display screen, various electronic cables and their
7  personal cell phones for the above-stated purpose.

8  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Vicky Bell and Will
9  Price are hereby granted permission to enter the courthouse, and Courtroom 14 specifically, with
10 the above-referenced electronics beginning June 30, 2008, and continuing throughout the trial of
11 the above-referenced matter.

13  Dated: June 26, 2008                         /s/ William W Schwarzer
                                                WILLIAM W SCHWARZER
14                                              SENIOR U.S. DISTRICT JUDGE